E-filing   555

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3  Name Gutierrez, Richard Gilbert

4  (Last)          (First)          (Initial)

**FILED**

5  Prisoner Number PFN # CNS 503

JUL 3 1 2007

6  Institutional Address 150 West Hedding

7  San Jose, Calif. 95110

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8  ==============================================

9         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA

10  Richard Gilbert Gutierrez

11  (Enter the full name of plaintiff in this action.)

C 07  3939 SBA

12         vs.                              Case No. _____
                                           (To be provided by the clerk of court)

13  Does 1-15  Jon Doe 1-15
                    First Name Not)        COMPLAINT UNDER THE
14  Jane Doe 1-15 c/o Burish Known A       CIVIL RIGHTS ACT,
                              this Time    42 U.S.C §§ 1983
15  CAPT D. Sepulveda c/o Johnson

16  Edward C Flores Chief of Corrections
   (Enter the full name of the defendant(s) in this action))
17  M.D. John Lukeridge Dr. Gotanty

18  [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.   Exhaustion of Administrative Remedies

20       [Note: You must exhaust your administrative remedies before your claim can go

21       forward. The court will dismiss any unexhausted claims.]

22       A.   Place of present confinement Santa Clara Dept of Corrections

23       B.   Is there a grievance procedure in this institution?

24            YES (✓)    NO ( )

25       C.   Did you present the facts in your complaint for review through the grievance

26            procedure?

27            YES (✓)    NO ( )

28       D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

| | |
|---|---|
| 1 | appeal at each level of review. If you did not pursue a certain level of appeal, |
| 2 | explain why. |
| 3 | 1. Informal appeal **Grievance No. 68705** |
| 4 | **SAT 3-17-07 3:00 AM** |
| 5 | **Refer to Level II** _2. First |
| 6 | formal level |

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal  Grievance No. 68705
4  SAT 3-17-07  3:00 AM
5  Refer to Level II                                   2. First
6  formal level _____
7
8
9  3. Second formal level  Your Complaint About The Staff
10  I do Not Remember Talking with Gutierrez However
11  I would Have Taken The Appriate Action IF There was A problem
    or IN Jury To AN Imate                                       4. Third
12  formal level  Your Complaint About the Staff And
13  Medical Staff Now Be Forward To Them For
14  Responce. The Main Jail Portion Has Been Respond to Above
15  E.  Is the last level to which you appealed the highest level of appeal available to
16      you?
17      YES (✓)    NO ( )
18  F.  If you did not present your claim for review through the grievance procedure,
19  explain why.  Rumbel vs. Hill
20
21
22  II.  Parties
23  A.  Write your name and your present address. Do the same for additional plaintiffs,
24      if any.
25  Richard Gilbert Gutierrez PFN.CNS 503
26  885 N. SAN Pedro St   SAN Jose, CALIF
27  95110-1718
28  B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1          place of employment.

2 Captin Supulveda c/o Mr Borish, Sargent Simonson #1657

3 Doctor John Cozmo Luke Ridge, c/o Mr. Johnson, Edward

4 Flores, c/o Mr. Romero, Nurse CONNIE, c/o Armenta Nurse Rudy

5 Nurse Ruby, Nurse Carrie, Nurse Lina Nure Elizabeth,

6 Nurse carol, Nurse Maryland, Nurse Jane Does 1-15 Jon Does 1-15

7 Statement of Claim

8        State here as briefly as possible the facts of your case. Be sure to describe how each

9 defendant is involved and to include dates, when possible. Do not give any legal arguments or

10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12 ON January 27th 2007 Correctional Officer Mr. Borish,

13 c/o Mr. Johnson, c/o John Doe Herniated Disks L5-S1

14 L4 See MRI, XRAY, AND CT SCAN By Use of

15 Eccissive Force Transporting Plaintiff From

16 ElmWood Correction Facilty Located At 701 South

17 Abel St. Milpitas 95035 At 3:30 AM TO

18 Main Jail Santa Clara Dept of Correction Located

19 At 150 West Hedding St. San Jose, CALIF

20 95110-1718 By Slamming The Plaintiffs

21 SPINE INTO The Shieriffs VAN Stepps And

22 Floor Board. Defendants Violated The Plaintiffs

23 Eighth Amendment And 14th Amendment

24 Provisions of Inadequate Medical CARE, Cruel AND UNUSUL

25 IV.    Relief   PUNishment, Use of Excisive Force

26        Your complaint cannot go forward unless you request specific relief. State briefly exactly

27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 ALL Defendants Violated The Plaintiffs Eighth

And Fourteenth Amendment Rights Secured under

COMPLAINT the U.S.C. By INadvertently Failed to

Provide Adequate Medical Care To R. Gutierrez And INfliction

of Unneccessary Suffering on R. Gutierrez By Failure to

Treat His Medical Needs Is Consistent with Contemporary

1 And Deliberate Indifference To R. Gutierrez's Serious
2 Injury Constitutes Cruel And Unusal Punishment And
3 The Plaintiff Asks $300,000 for Per Defendant For
4 Punitive Damages And $300,000 Per Defendant For Compen-
5 satory Damages

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of July, 2007

_Richard A. Gutierrez_
(Plaintiff's signature)

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

68705
pg1

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06058716 | HOUSING UNIT: 6A |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: This is a Grievance if it is lost or misplaced then I shall consider The lost or misplacement as an Exhaustion of Administrative Remedies in Their Totality, Also I request this grievance be issued A log number for Tracking purposes. On Jan. 26, 2007 I was in pain Due to

WHAT SOLUTION ARE YOU RECOMMENDING?: See pg2 continued

Your Signature: Richard Gutierrez    Date: 3/17/07    Time: 4 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*****

Received from Inmate on:
Day: SAT    Date: 3/17/07    Time: 0300    Officer: Rice #1755    Team: D

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved    [X] Refer to Level II

Officer's Name: _____    Team: ____    Date: __/__/__
*****
SUPERVISOR'S ACTION: I DO NOT REMEMBER TALKING WITH GUTIERREZ. HOWEVER, I WOULD HAVE TAKEN THE APPROPRIATE ACTION IF THERE WAS AN A PROBLEM OR INJURY TO AN INMATE.

[X] Resolved    [ ] Refer to Level III

Supervisor's Name: Simonson #1657    Team: B    Date: 03/22/2007
*****
SHIFT LIEUTENANT REVIEW: [X] Concur [ ] Reversed  Your complaint about the Elmwood staff and medical staff will be forwarded to them for a response. The Main Jail's portion has been responded to above.

SIGNATURE: Lt. M. Conner #209    Date: 3/22/07    Time: 1307
*****
SUPPORT SERVICE RESPONSE: Unit Assigned: _____    Date Assigned: __/__/__
Date Due: 03/24/07

Response by: _____    Title: _____    Date: __/__/__    Time: _____
*****
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: Lt. M. Conner #209    Date: 3/22/07    Time: 1307
*****
RESPONSE RETURNED TO INMATE: Date: __/__/__    Time: _____    By: _____
Distribution:    White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

P31

Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06155716 | HOUSING UNIT: 6A |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: This is a Grievance if it is lost or misplaced then I shall consider The lost or misplacemet as an Exhaustion of Administragntive Remedies in Their Totalitity, Also I Request this grievance be issued A log number for Tracking Purposes. On Jan 26, 2007 I was in pain Due to

WHAT SOLUTION ARE YOU RECOMMENDING?: See pg2 continued

Your Signature: Richard Gutierrez    Date: 3/17/07  Time: 4 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)
*********************************************************

Received from Inmate on:
Day: AT    Date: 3/17/07    Time: 0300    Officer: _____    Team: ___

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved  [✓] Refer to Level II

Officer's Name: _____    Team: ___    Date: __/__/__
*********************************************************
SUPERVISOR'S ACTION: _____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____    Team: ___    Date: __/__/__
*********************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____    Date: __/__/__    Time: _____
*********************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: _____    Date Assigned: __/__/__
Date Due: __/__/__

Response by: _____    Title: _____    Date: __/__/__    Time: _____
*********************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____    Date: __/__/__    Time: _____
*********************************************************
RESPONSE RETURNED TO INMATE: Date: __/__/__    Time: _____    By: _____

Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Pg 2

Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06557?A | HOUSING UNIT: 6A |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: recent back Surgery. I have screws inserted in my spine. I told the nurse to help me and the nurse would not. While being Transported from Elmwood To Main Jail Three c/o Borish, Johnson and another c/o John Doe. Took me off the gurney and dropped me on the floor. Then they dragged me about 100 to 150 feet

WHAT SOLUTION ARE YOU RECOMMENDING?: See pg 3 continued

Your Signature: Richard Gutierrez    Date: 3/17/07   Time: 4 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*************************************************************************

Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____

[ ] Resolved   [ ] Refer to Level II

Officer's Name:_____ Team:____ Date:___/___/___
*************************************************************************
SUPERVISOR'S ACTION:_____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name:_____ Team:____ Date:___/___/___
*************************************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE:_____ Date:___/___/___ Time:_____
*************************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/___
Date Due:___/___/___

Response by:_____ Title:_____ Date:___/___/___ Time:_____
*************************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE:_____ Date:___/___/___ Time:_____
*************************************************************************
RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____

Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

Main Jail [✓]      SANTA CLARA COUNTY DEPARTMENT OF CORRECTION      Elmwood [ ]
Main Jail South [ ]           **INMATE GRIEVANCE FORM**               CCW [ ]
North County Jail [ ]                                      pg 3        WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06053776 | HOUSING UNIT: 6A |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: to a van outside. Then they slamed my back against the vans steps while nurses watched. Nurse David (ASIAN) watched the Correctional Officers conduct. Then those C/O's pushed me in the van They slamed me head first and twisted my legs. I was in tremendous pain and the officers

WHAT SOLUTION ARE YOU RECOMMENDING?: See page 4 Continued

Your Signature: Richard Autinny      Date: 3/17/07   Time: 4 (AM)/PM
(Do NOT write below this line. Use additional sheets if necessary)

*******************************************************************************
Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____
_____
_____

[ ] Resolved   [ ] Refer to Level II

Officer's Name:_____ Team:____ Date:___/___/___
*******************************************************************************
SUPERVISOR'S ACTION:_____
_____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name:_____ Team:____ Date:___/___/___
*******************************************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
*******************************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/
Date Due:___/___/___
_____
_____

Response by:_____ Title:_____ Date:___/___/___ Time:_____
*******************************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
*******************************************************************************
RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____
Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

Main Jail        [✓]
Main Jail South  [ ]        SANTA CLARA COUNTY DEPARTMENT OF CORRECTION        Elmwood [ ]
North County Jail[ ]                    **INMATE GRIEVANCE FORM**                CCW     [ ]
                                                                    P94          WRC     [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06055877 | HOUSING UNIT: 6 A |

DETAILS OF GRIEVANCE.   PRINT! BE SPECIFIC!: Should have used a Wheel Chair Next I get droped again upon Arrival By c/o Jane Doe Then advised Sgt Sargents Simmons On Sat Jan. 27, 2007 At 7:00 A.M. When the Sargents Simmons and Sargent John Doe came to the INFARMARY. The

WHAT SOLUTION ARE YOU RECOMMENDING?: See pg5 Continued

Your Signature: Richard Gutierrez    Date: 3/17/07   Time: 4  AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____
_____
_____
_____

[ ] Resolved   [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:___/___/___
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPERVISOR'S ACTION:_____
_____
_____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:___/___/___
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed _____
_____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/___
Date Due:___/___/___
_____
_____
_____

Response by:_____ Title:_____ Date:___/___/___ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed _____
_____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____
Distribution:    White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

| Main Jail [✓] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
|---|---|---|
| Main Jail South [ ] | **INMATE GRIEVANCE FORM** | CCW [ ] |
| North County Jail [ ] | | WRC [ ] |

P9S

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 0605877 | HOUSING UNIT: 6.A |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: Excessive use of force Compounded the pain. I believe the C/Os Acted out of conformatory of their duties by Applying unnecessary force and with an Attitude of deliberate indifferance for my Safty. I request that this Grievance Complaint be investigated

WHAT SOLUTION ARE YOU RECOMMENDING?: See P9 6 Continued

Your Signature: Richard Gutierrez   Date: 3/17/07   Time: 4 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)
*************************************************************************

Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____
_____
_____

[ ] Resolved   [ ] Refer to Level II

Officer's Name: _____ Team: _____ Date: ___/___/___
*************************************************************************
SUPERVISOR'S ACTION: _____
_____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: ___/___/___
*************************************************************************
SHIFT LIEUTENANT REVIEW:   [ ] Concur   [ ] Reversed   _____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
*************************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/___
Date Due:___/___/___
_____
_____

Response by:_____ Title:_____ Date:___/___/___ Time:_____
*************************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:   [ ] Concur   [ ] Reversed   _____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
*************************************************************************
RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

| Main Jail [✓] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | | Elmwood [ ] |
| Main Jail South [ ] | INMATE GRIEVANCE FORM | P 96 | CCW [ ] |
| North County Jail [ ] | | | WRC [ ] |

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 0605877 | HOUSING UNIT: 6A |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: by D.O.C. Administrative Personel and resolved to the Highest level of Exhaustion Thank you

See pg 7 Continued

WHAT SOLUTION ARE YOU RECOMMENDING?: That the 3rd and 4th c/o To the

Your Signature: Richard Gutierrez   Date: 3/17/07   Time: 4 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*********************************************************************

Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____
_____
_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:___/___/___
*********************************************************************
SUPERVISOR'S ACTION:_____
_____
_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:___/___/___
*********************************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____
_____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
*********************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/___
Date Due:___/___/___
_____
_____
_____

Response by:_____ Title:_____ Date:___/___/___ Time:_____
*********************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur  [ ] Reversed _____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
*********************************************************************
RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

Main Jail          [✓]
Main Jail South    [ ]
North County Jail  [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

P57

Elmwood  [ ]
CCW      [ ]
WRC      [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06058774 | HOUSING UNIT: 6A |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:

See pg 8 Continue

WHAT SOLUTION ARE YOU RECOMMENDING?: Complaint names be forwarded

Your Signature: _____  Date: __/__/__  Time: ____ AM/PM
(Do NOT write below this line. Use additional sheets if necessary)

********************************************************************************
Received from Inmate on:
Day: ____ Date: __/__/__ Time: ____ Officer: ____ Team: ____

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved   [ ] Refer to Level II

Officer's Name: _____   Team: ____   Date: __/__/__
********************************************************************************
SUPERVISOR'S ACTION: _____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____   Team: ____   Date: __/__/__
********************************************************************************
SHIFT LIEUTENANT REVIEW:   [ ] Concur   [ ] Reversed _____

SIGNATURE: _____   Date: __/__/__   Time: ____
********************************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: _____   Date Assigned: __/__/__
Date Due: __/__/__

Response by: _____   Title: _____   Date: __/__/__   Time: ____
********************************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:   [ ] Concur   [ ] Reversed _____

SIGNATURE: _____   Date: __/__/__   Time: ____
********************************************************************************
RESPONSE RETURNED TO INMATE: Date: __/__/__   Time: ____   By: _____

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

| Main Jail [✓] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South [ ] | **INMATE GRIEVANCE FORM** | CCW [ ] |
| North County Jail [ ] | P 9 8 | WRC [ ] |

INMATE'S NAME: Richard Gutierrez    BOOKING NUMBER: 0605572    HOUSING UNIT: 6.A

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:

See pg 9 Continue

WHAT SOLUTION ARE YOU RECOMMENDING?: to me That all four c/o be

Your Signature: Richard Gutierrez    Date: 3/17/07  Time: 4 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*******************************************************************************

Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____

[ ] Resolved   [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:___/___/___
*******************************************************************************
SUPERVISOR'S ACTION:_____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:___/___/___
*******************************************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE:_____ Date:___/___/___ Time:_____
*******************************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/___
Date Due:___/___/___

Response by:_____ Title:_____ Date:___/___/___ Time:_____
*******************************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE:_____ Date:___/___/___ Time:_____
*******************************************************************************
RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____

Distribution:    White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

| Main Jail [✓] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
|---|---|---|
| Main Jail South [ ] | **INMATE GRIEVANCE FORM**  Pg 9 | CCW [ ] |
| North County Jail [ ] | | WRC [ ] |

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06055876 | HOUSING UNIT: 6 H |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:

See Pg 10 Continued

WHAT SOLUTION ARE YOU RECOMMENDING?: repremended And the Inmate be

Your Signature: Richard Gutierrez   Date: 3/17/07   Time: 4 AM/**PM**

(Do NOT write below this line. Use additional sheets if necessary)

*********************************************************

Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____

_____

[ ] Resolved   [ ] Refer to Level II

Officer's Name:_____ Team:____ Date:___/___/___

SUPERVISOR'S ACTION:_____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name:_____ Team:____ Date:___/___/___

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE:_____ Date:___/___/___ Time:_____

SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/___
Date Due:___/___/___

Response by:_____ Title:_____ Date:___/___/___ Time:_____

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE:_____ Date:___/___/___ Time:_____

RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

| Main Jail [✓] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South [ ] | **INMATE GRIEVANCE FORM**  PG 10 | CCW [ ] |
| North County Jail [ ] | | WRC [ ] |

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 58771(?) | HOUSING UNIT: MJ 6.A. |

DETAILS OF GRIEVANCE. **PRINT! BE SPECIFIC!**: _____

_____

_____

_____

_____

_____

WHAT SOLUTION ARE YOU RECOMMENDING?: Financial imburst for Pain/Suffering

Your Signature: Richard Gutierrez   Date: 3/17/07   Time: 4 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*******************************************************************
Received from Inmate on:
Day:_____ Date: ___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print): _____

_____

_____

_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name: _____ Team: ____ Date: ___/___/___
*******************************************************************
SUPERVISOR'S ACTION: _____

_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____ Team: ____ Date: ___/___/___
*******************************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

_____

_____

SIGNATURE: _____ Date: ___/___/___ Time:_____
*******************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned: ___/___/___
Date Due: ___/___/___

_____

_____

Response by:_____ Title:_____ Date: ___/___/___ Time:_____
*******************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time:_____
*******************************************************************
RESPONSE RETURNED TO INMATE: Date: ___/___/___ Time:_____ By:_____
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS:** Richard Gutierrez

**DEFENDANTS:** CAPTIN SUPlevd9 c/o Borish, c/o JON Doe 1-10 JON Does 1-15 Jane Does 1-15

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:** Santa Clara
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**ATTORNEYS (IF KNOWN)**

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault Libel & Slander | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 690 Other | | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | **PERSONAL INJURY** | [ ] 720 Labor/Mgmt Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 196 Franchise | [ ] 362 Personal Injury Med Malpractice | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| | [ ] 365 Personal Injury Product Liability | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | [ ] 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 210 Land Condemnation | [ ] 370 Other Fraud | **CIVIL RIGHTS** | [ ] 870 Taxes (US Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 220 Foreclosure | [ ] 371 Truth In Lending | [ ] 441 Voting | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 230 Rent Lease & Ejectment | [ ] 380 Other Personal Property Damage | [ ] 442 Employment | | |
| [ ] 240 Torts to Land | [ ] 385 Property Damage Product Liability | [ ] 443 Housing | | |
| [ ] 245 Tort Product Liability | | [ ] 444 Welfare | | |
| [ ] 290 All Other Real Property | | [ ] 440 Other Civil Rights | | |
| | | [ ] 445 Amer w/ disab - Empl | | |
| | | [ ] 446 Amer w/ disab - Other | | |
| | | [ ] 480 Consumer Credit | | |
| | | [ ] 490 Cable/Satellite TV | | |
| | **PRISONER PETITIONS** | | | |
| | [ ] 510 Motion to Vacate Sentence Habeas Corpus: | | | |
| | [ ] 530 General | | | |
| | [ ] 535 Death Penalty | | | |
| | [ ] 540 Mandamus & Other | | | |
| | [x] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) Violation of The Eighth and Fourteeth Amendments Secured under the Constitution

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ [ ]    CHECK YES only if demanded in complaint: JURY DEMAND: [x] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE AND "X" IN ONE BOX ONLY)    [ ] SAN FRANCISCO/OAKLAND    [x] SAN JOSE

DATE    SIGNATURE OF ATTORNEY OF RECORD

Ryan Crain Shaw
PFN DWN 781
SCC Doc MJ6A17
885 N. San Pedro st
San Jose, Calif
95110-1718

Motions RECEIVED
Legal Mail  JUL 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Subpenas

To The Clerk of the United
States District Court for the
Northern District of Calif,
450 Golden Gate Ave,
Box 36060,
San Francisco, Calif 94102