FILED
E-filing
JUL 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Gilbert Gutierrez

Plaintiff,

vs.

Does 1-15 CAPtin Sepulveda
Edward C. Flores
JANE Does 1-20 Jon Doe 1-20
Defendant.

CASE NO. C 07 3939

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SBA

(PR)

I, Richard Gutierrez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A   Net: N/A

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1 If the answer is "no," state the date of last employment and the amount of the gross and net
2 salary and wages per month which you received. (If you are imprisoned, specify the last
3 place of employment prior to imprisonment.)
4 _Last Employment Feb 20 2004  800 Net per_
5 _month Turlock Scavangers  120 South_
6 _Walnut Turlock, Calif 95350_
7   2. Have you received, within the past twelve (12) months, any money from any of the
8 following sources:
9     a.  Business, Profession or            Yes ___ No _X_
10         self employment
11    b.  Income from stocks, bonds,         Yes ___ No _X_
12        or royalties?
13    c.  Rent payments?                     Yes ___ No _X_
14    d.  Pensions, annuities, or            Yes ___ No _X_
15        life insurance payments?
16    e.  Federal or State welfare payments, Yes ___ No _X_
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23   3. Are you married?                    Yes ___ No _X_
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $____N/A_____ Net $____N/A_____
28   4. a. List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  Ame. M. Gu  3yr
6  _____
7  5.  Do you own or are you buying a home?  Yes ___  No X
8  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
9  6.  Do you own an automobile?  Yes ___  No X
10 Make N/A   Year N/A   Model N/A
11 Is it financed? Yes N/A No N/A If so, Total due: $ N/A
12 Monthly Payment: $ N/A
13 7.  Do you have a bank account? Yes X  No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: Wells Fargo San Jose, CALIF
15 _____
16 Present balance(s): $ $1.25
17 Do you own any cash? Yes ___ No X  Amount: $ -0-
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No X
20                                N/A
21 8.  What are your monthly expenses?
22 Rent: $ 1,000                Utilities: $150
23 Food: $ 200                  Clothing: $20
24 Charge Accounts:
25 Name of Account         Monthly Payment          Total Owed on This Acct.
26  N/A                $ N/A                  $ N/A
27  N/A                $ N/A                  $ N/A
28                     $ N/A                  $ N/A       9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do <u>not</u> include account numbers.)
3  $8,000 Memorial Hospital
4  $2,500 Washinton Hospital
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✗   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  Richard Gutierrez vs c/o Does 1-20 Medical Staff
10  Does 1-20  Grievance No. 68705
11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  *July 25, 2007*                    *Richard Gutierrez*
17        DATE                         SIGNATURE OF APPLICANT

Case Number: _____
CNS 503

6A

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Richard Gutierrez** for the last six months at

[prisoner name]

**SCC DEPT. OF CORRECTION** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __34.83__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__3.55__.

Dated: 7/18/07

_____
[Authorized officer of the institution]