IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GILBERT GUTIERREZ, | ) | No. C 07-3939 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| BORISH, et al., | ) | |
| Defendants. | ) | |

    The court has closed the instant civil rights action because the complaint filed on July 31, 2007 was mistakenly opened as a new case, rather than being filed in plaintiff's pending civil rights action, case no. C 07-3834 RMW (PR). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 8/7/2007        /s/ Ronald M. Whyte
                                  RONALD M. WHYTE
                                  United States District Judge

1   This is to certify that on _____8/8/2007_____, a copy of this ruling was mailed to the following:

2

3   Richard Gilbert Gutierrez
    PFN# CNS 503
4   Santa Clara County Jail
    150 West Hedding Street
5   San Jose, CA  95110

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\cr.07\Gutierrez939jud                2